UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| TRACY LYNELLE BALDWIN, | ) | No. 5:21-cv-02069-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 13th day of January, 2022, upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

*/s/ Kaymani D. West*

January 13, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge